UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br>  and<br><br>STATE OF OREGON,<br><br>               Plaintiff-Intervenor,<br>    v.<br><br>ERNEST MONIZ, Secretary of the United States Department of Energy, and the UNITED STATES DEPARTMENT OF ENERGY,<br><br>               Defendants. | NO: 2:08-CV-5085-RMP<br><br>SECOND AMENDED CONSENT DECREE BETWEEN DEPARTMENT OF ENERGY AND STATE OF OREGON |

WHEREAS, the Court on March 11, 2016, amended portions of the Consent Decree between the State of Oregon ("Oregon") and the U.S. Department of Energy ("DOE"), ECF No. 223 (Amended Consent Decree Between Department of Energy and State of Oregon);

SECOND AMENDED CONSENT DECREE BETWEEN DEPARTMENT OF ENERGY AND STATE OF OREGON ~ 1

1    WHEREAS, the Court ordered that "DOE and Oregon have thirty days in
2    which to file any joint stipulation to modify the Court's Amended Consent
3    Decree," ECF No. 221 at 102;

4    WHEREAS, the Amended Consent Decree between DOE and the State of
5    Washington, ECF No. 222, requires that DOE "must purchase and have available
6    by December 31, 2016, a spare A-E-1 reboiler for the 242-A Evaporator," *see id.* at
7    5 (Amended Consent Decree Part IV.B.5);

8    WHEREAS, DOE and the State of Washington have agreed to a stipulated
9    modification to the Amended Consent Decree, providing that DOE must purchase
10   the spare reboiler by December 31, 2016, have it available by December 31, 2018,
11   and provide the State of Washington with monthly and quarterly reports regarding
12   progress on those activities;

13   WHEREAS, DOE and Oregon agree that the below-specified modification
14   to Paragraph 3 of the Amended Consent Decree to add a quarterly reporting
15   requirement regarding activity and progress made toward purchasing and having
16   available the spare reboiler is appropriate to ensure that Oregon is kept apprised of
17   DOE's progress on this issue; and

18   WHEREAS, submission of this Stipulation pursuant to the Court's March
19   11, 2016 order is without prejudice to any rights of either Oregon or DOE to
20   appeal that order or previous orders;

21

THEREFORE, IT IS HEREBY STIPULATED AND ORDERED, that:

The Amended Consent Decree between the U.S. Department of Energy and the State of Oregon, ECF No. 223, be modified as follows:

**I.     Paragraph 3**

Paragraph 3 of the Amended Consent Decree, ECF No. 223 at 2-4, is hereby **AMENDED** by renumbering Paragraph 3.h as Paragraph 3.i, and by adding a new Paragraph 3.h, so that it reads as follows:

> 3.    DOE shall, on a quarterly basis, submit to Oregon, on the same day that it submits to Ecology,[1] a written report documenting waste treatment plant (WTP) construction and startup activities and tank retrieval activities at Hanford that occurred during the period covered by the report. This written report shall provide the status of progress made during the reporting period and shall include:

---

[1] The State of Washington is also referred to as "Ecology," shorthand for the Washington State Department of Ecology, throughout the following Consent Decree modifications. The Court refers to the State of Washington as "Ecology" in order for the modifications to remain consistent with the remaining, unmodified Consent Decree sections. *See* ECF No. 60. This footnote is for explanatory purposes only, and does not constitute part of the modified Consent Decree.

SECOND AMENDED CONSENT DECREE BETWEEN DEPARTMENT OF ENERGY AND STATE OF OREGON ~ 3

a. A brief description of project accomplishments and project issues encountered during the reporting period and/or expected in the next three (3) months;

b. A definitive statement describing whether or not DOE has complied with milestones that have already come due as of the date of the report, and how any missed milestones may affect compliance with other milestones;

c. Where applicable, a description of actions initiated or otherwise taken to address any schedule slippage;

d. Budget/cost status;

e. Copies of written directives given by DOE to the contractors for work required by this Decree, if requested by Ecology;

f. A description of progress made towards resolving the five outstanding WTP technical issues; and

g. An accounting of total labor hours expended on SST retrieval, specifying the total percentage of hours worked utilizing self-contained breathing apparatus.

h. A description of activity and progress made toward purchasing and having available a spare A-E-1 reboiler

for the 242-A Evaporator, including a description of cost and schedule performance.

      i.    The Consent Decree entered between DOE and Ecology permits Ecology to request a hearing should Ecology demonstrate good cause that DOE has not been forthcoming as pertains to the quarterly reports. Ecology will serve Oregon with any request for a hearing, and Oregon representatives may attend and participate in such a hearing. Such permission to attend shall not vest Oregon with any rights as a party to those proceedings. Oregon's unavailability after reasonable notice shall not require the delay or rescheduling of such hearings.

**IT IS SO ORDERED.**

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 12th day of April 2016.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                                United States District Judge