FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER GRANHOLM, Secretary of the United States Department of Energy, and the UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants. | NO.  2:08-cv-5085-RMP<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON |

BEFORE THE COURT is an Unopposed Motion to Enter Consent Decree Milestone Extensions by Defendants Secretary of the Department of Energy Jennifer Granholm[1] and the United States Department of Energy (collectively, "Defendants"), ECF No. 258.  Having reviewed the motion, the record, and relevant law, the Court is fully informed.

---

[1] The Court substitutes Secretary Granholm in the caption in this matter.  Fed. R. Civ. P. 25(d).

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON ~ 1

Defendants and Plaintiff State of Washington, Department of Ecology (collectively, "the Parties"), stipulate to amendment of the Consent Decree, ECF No. 59, the Amended Consent Decree, ECF No. 222, and its subsequent amendments, ECF Nos. 232, 242, 251, on the basis that the novel coronavirus (COVID-19) pandemic is a *force majeure* event that continues to create work interruptions at the Hanford Site, justifying amendment under Section VII.E (*Force Majeure*) of the Consent Decree. ECF No. 258 at 2–8.

The Court finds good cause for amendment based upon the Parties' agreement, as well as Defendants' showing, that the criteria for amendment of the Consent Decree have been met. Accordingly, **IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Enter Consent Decree Milestone Extensions, **ECF No. 258**, is **GRANTED**. The Consent Decree, ECF No. 59, as modified by the Amended Consent Decree, ECF No. 222, and the amendments at ECF Nos. 232, 242, and 251 is further amended, by stipulation of the Parties, as follows:

## STIPULATION

WHEREAS, on October 25, 2010, the Court entered a Consent Decree between the United States Department of Energy ("DOE") and the State of Washington, ECF No. 59;

WHEREAS, after contested proceedings regarding modification of certain aspects of the Consent Decree, the Court on March 11, 2016, issued an Amended Consent Decree, ECF No. 222, including amendments to the Decree's milestones for tank waste retrievals and construction of the Hanford Waste Treatment and Immobilization Plant;

WHEREAS, on October 12, 2018, the Court entered an agreed extension of the B-2 and B-3 tank retrieval milestones, ECF No. 242;

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON ~ 2

WHEREAS, on May 21, 2020, DOE submitted to the State of Washington a Section VII.E. (*Force Majeure*) proposal to extend certain milestones due to ongoing work interruptions caused by the coronavirus (COVID-19) pandemic;

WHEREAS, following good-faith discussions during dispute resolution, DOE and the State of Washington agreed to a method for calculating an extension of several milestones to offset work interruptions occurring between March 23, 2020, and the end of Phase 2 of the Hanford Site Remobilization Plan;

WHEREAS, on December 10, 2020, the Court granted a joint motion by DOE and the State of Washington to amend the Consent Decree by incorporating a method for calculating schedule extensions necessary to offset *force majeure*-caused work interruptions at the Hanford Site affecting five milestones;

WHEREAS, Phase 2 of remobilization at the Hanford Site concluded as of March 13, 2022;

WHEREAS, according to the Court-approved method for calculating schedule extensions in this circumstance, the remobilization period between March 23, 2020, and March 13, 2022, warrants a 579-day extension to the B-2, B-3, A-7, A-8, and A-9 milestones; and

WHEREAS, DOE and the State of Washington have agreed that DOE may, as it deems necessary, seek further milestone extensions pursuant to the Decree's *force majeure* provisions (Section VII.E.) to offset work interruptions at Hanford caused by the COVID-19 pandemic not addressed by previous relief granted by the Court;

**THEREFORE, IT IS HEREBY STIPULATED AND ORDERED**:

The Consent Decree between the U.S. Department of Energy and the State of Washington, as amended, is modified as follows:

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON ~ 3

I.  **Section IV.B.2**

Section IV.B.2 of the Consent Decree, ECF No. 59, as amended by ECF Nos. 222, 232, 242, and 251, is hereby **VACATED** and **SUPERSEDED** by the following text:

In accordance with Appendix B, no later than May 1, 2028, DOE shall complete retrieval of tank waste from nine (9) additional SSTs selected by DOE.

II.  **Section IV.B.4**

The first sentence of Section IV.B.4 of the Consent Decree, ECF No. 59, as amended by ECF Nos. 222, 232, 242, and 251, is hereby **VACATED** and **SUPERSEDED** by the following text, with the remainder of the paragraph to remain unchanged:

In accordance with Appendix B, no later than January 30, 2023, DOE shall complete retrieval of five (5) SSTs selected by DOE from the remaining C, A, and AX-Farm SSTs.

III.  **Appendix B**

The Table in Appendix B of the Consent Decree, ECF No. 59, as amended by ECF Nos. 222, 232, 242, and 251, is hereby **VACATED** and **SUPERSEDED** by the following:

1.  **Tank Waste Retrievals**

| Project | Description | Date |
|---|---|---|
| B-1 | Complete retrieval of tank wastes from the following remaining SSTs in WMA-C: C-102, C-105, and C-111. | 3/31/2024 |
| B-2 | Complete retrieval of tank wastes from the following SSTs in Tank Farms A and AX: A-101, A-102, A-104, A-105, A-106, AX-101, AX-102, AX-103, and AX-104. Subject to the requirements of Section IV-B-3, DOE may | 05/01/2028 |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON ~ 4

| | | |
|---|---|---|
| | substitute any of the identified 9 SSTs and advise Ecology accordingly. | |
| B-3 | Of the 12 SSTs referred to in B-1 and B-2, complete retrieval of tank wastes in at least 5. | 01/30/2023 |

### IV.    Appendix A

The Table in Appendix A of the Consent Decree, ECF No. 59, as amended by ECF Nos. 222, 232, 242, and 251, is hereby **VACATED** and **SUPERSEDED** by the following:

**1. WTP Construction and Startup**

The milestones referred to in Section IV above are as follows:

| Project | Description | Date |
|---|---|---|
| A-1 | Achieve Initial Plant Operations for the Waste Treatment Plan | 12/31/2036 |
| A-2 Interim | HLW Facility Construction Substantially Complete | 12/31/2030 |
| A-3 Interim | Start HLW Facility Cold Commissioning | 06/30/2032 |
| A-4 Interim | HLW Facility Hot Commissioning Complete | 12/31/2033 |
| A-5 Interim | LAB Construction Substantially Complete | 12/31/2012 (COMPLETED) |
| A-6 Interim | Complete Methods Validations | 06/30/2032 |
| A-7 Interim | LAW Facility Construction Substantially Complete | 08/02/2022 |
| A-8 Interim | Start LAW Facility Cold Commissioning | 08/01/2024 |
| A-9 Interim | LAW Facility Hot Commissioning Complete | 08/01/2025 |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENTER CONSENT DECREE MILESTONE EXTENSIONS AND MODIFYING AMENDED CONSENT DECREE BETWEEN U.S. DEPARTMENT OF ENERGY AND STATE OF WASHINGTON ~ 5

| | | |
|---|---|---|
| A-12 Interim | Steam Plant Construction Complete | 12/31/2012 (COMPLETED) |
| A-13 Interim | Complete Installation of Pretreatment Feed Separation Vessels FEP-SEP-OOOO1A/1B | 12/31/2031 |
| A-14 Interim | PT Facility Construction Substantially Complete | 12/31/2031 |
| A-15 Interim | Start PT Facility Cold Commissioning | 12/31/2032 |
| A-16 Interim | PT Facility Hot Commissioning Complete | 12/31/2033 |
| A-17 | Hot Start of Waste Treatment Plant | 12/31/2033 |
| A-18 Interim | Complete Structural Steel Erection Below Elevation 56' in PT Facility | 12/31/2009 (COMPLETED) |
| A-19 Interim | Complete Elevation 98' Concrete Floor Slab Placements in PT Facility | 12/31/2031 |
| A-20 Interim | Complete Construction of Structural Steel to Elevation 14' in HLW Facility | 12/31/2010 (COMPLETED) |
| A-21 Interim | Complete Construction of Structural Steel to Elevation 37' in HLW Facility | 12/31/2012 (COMPLETED) |

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Stipulation and Order and provide copies to counsel.

**DATED** July 18, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge